562

■  THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES
ALLEN, JR., Appellant.— Judgment of the County Court, Nassau County,
rendered December 16, 1965, modified, on the law and the facts and in the
exercise of discretion, by providing that the sentences imposed in the judgment
are to be served concurrently. As so modified, judgment affirmed. In our
opinion, appellant's sentences herein of 5 to 10 years for burglary in the third
degree and 2½ to 5 years for grand larceny in the second degree should have
been directed to be served concurrently, instead of consecutively. Beldock, P. J.,
Ughetta, Christ, Rabin and Benjamin, JJ., concur.

■  THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM
DIAZ, Appellant.— Order of the Supreme Court, Kings County, dated May 10,
1965, affirmed insofar as appealed from. No opinion. Appeal from order of
said court dated March 2, 1965, dismissed as academic. The order was superseded
by the order of May 10, 1965, granting reargument but adhering to the original
decision. Beldock, P. J., Ughetta, Christ, Rabin and Benjamin, JJ., concur.